IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CHRISTOPHER L. BOUTIN, | ) | |
| | ) | |
| Defendant. | ) | |

    On September 21, 2009, the defendant appeared in person with his attorney, Michael J. Hansen. The United States was represented by Janice M. Lipovsky, Assistant United States Attorney. Upon accepting the defendant's admission of allegations 1 and 3, the Court found that the defendant did violate the terms and conditions of supervised release as alleged in the Petition for Offender Under Supervision (filing 47). Upon motion of the government, allegations 2, 4, 5, and 6 of the Petition are dismissed without prejudice.

    On September 21, 2009, a dispositional hearing was held. The defendant was in custody for four days as a result of the warrant issued regarding the Petition for Offender Under Supervision.

    IT IS ORDERED that the defendant is sentenced to time served of four days. The supervised release is not revoked and shall continue until September 1, 2010, under the same terms and conditions set forth in the Amended Judgment entered July 22, 2003, by the Honorable Thomas M. Shanahan.

    DATED this 21st day of September, 2009.

                                                      BY THE COURT:

                                                      s/ Warren K. Urbom
                                                      United States Senior District Judge